MARGARET M. DAUPHINEE, as Administratrix of the Estate of JOHN DAUPHINEE, Deceased, Appellant, *v.* NEW YORK RAPID TRANSIT CORPORATION, Respondent.

Argued March 1, 1943; decided April 8, 1943.

*Ralph Stout* and *Stephen Callaghan* for appellant.

*William C. Chanler, Corporation Counsel (Paxton Blair* and *Irving Galt* of counsel), for respondent.

Judgment affirmed, with costs; no opinion.

Concur: LEHMAN, Ch. J., LOUGHRAN, FINCH, RIPPEY, LEWIS, CONWAY and DESMOND, JJ.